**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6578**

HOWARD L. ROBINSON, JR.,

              Plaintiff - Appellant,

       v.

VIRGINIA PAROLE BOARD; HELEN F. FAHEY,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, District Judge.  (2:10-cv-00140-MSD-FBS)

Submitted:  October 19, 2010          Decided:  October 27, 2010

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Howard L. Robinson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard Robinson, Jr., appeals the district court's order denying relief without prejudice on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. Virginia Parole Bd., No. 2:10-cv-00140-MSD-FBS (E.D. Va. April 7, 2010). We deny all of Robinson's pending motions and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED